# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143906 & (83)

ZIGMOND CHIROPRACTIC, P.C.,
   Plaintiff, Counter-Defendant-
   Appellee,

v

                  SC: 143906
                  COA: 295574
                  Wayne CC: 08-014965-NF

AUTO CLUB INSURANCE ASSOCIATION,
   Defendant, Counter-Plaintiff-
   Appellant,
and

NEUROSCIENCE, P.C.,
   Third-Party Defendant.
_____/

   On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the July 12, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012                 _____
                         Clerk

t0227